(V.D. 123)

MANCA, INC., ET AL. *v.* UNITED STATES

Entry No. 967240, etc.

(Decided April 1, 1963)

*Eugene R. Pickrell* for the plaintiffs.

*John W. Douglas,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This matter is before me on remand from classification proceedings decided by the first division of this court in *Manca, Inc., et al.* v. *United States,* 40 Cust. Ct. 514, Abstract 61799. The conclusion therein, and the judgment issued pursuant thereto, were to the effect that the protests had been prematurely

filed, and the matter was remanded to a single judge in reappraisement to determine the proper dutiable values in the manner provided by law. (28 U.S.C. § 2636(d).)

Stipulated facts, upon which these cases have been submitted, establish that the proper basis for appraisement of the microscopes and cabinets therefor, covered by the following entries involved herein, is export value, as defined in section 402(d) of the Tariff Act of 1930, and that such statutory value for said merchandise is as follows:

| Entry No. | Merchandise | United States dollars per each |
|---|---|---|
| 967240 | Greenough-Stereo tubes | 138.72 less 25% |
| | Cabinets for above | 13.44 " " |
| WH102257 | Dialux Microscopes | 572.16 " " |
| | Cabinets for above | 21.00 " " |
| 960213 | Microscopes BMe | 192.64 " " |
| | Cabinets for above | 21.00 " " |
| WH45130 | Microscopes BIOPOL | 360.08 " " |
| | Cabinets for above | 17.92 " " |
| WH52521 | Polarizing Microscopes AM | 572.04 " " |
| | Cabinets for above | 22.96 " " |
| WH47396 | Microscopes HO 20/02 | 70.84 " " |
| | Cabinets for above | 7.56 " " |
| | Microscopes HO 20/95 | 78.68 " " |
| | Cabinets for above | 7.56 " " |

On the basis of the record before me, I hold that the proper dutiable values of the merchandise in question are as hereinabove itemized, and judgment will be rendered accordingly.